IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CARL LEE BLACKMON,
    Petitioner,

vs.                                Case No.:  3:13cv3/RV/EMT

MICHAEL D. CREWS,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 5, 2013, and the Supplement thereto dated March 25, 2013 (docs. 8, 11). Petitioner has been furnished a copy of the Report and Recommendation and Supplement, and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, as supplemented, and the timely filed objections thereto (doc.12), I have determined that the Report and Recommendation, as supplemented, should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation, as supplemented, is adopted and incorporated by reference in this order.

2. The habeas action is **DISMISSED** for lack of jurisdiction.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 11th day of April, 2013.

                                      /s/ *Roger Vinson*
                                      **ROGER VINSON**
                                      **SENIOR UNITED STATES DISTRICT JUDGE**